# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2258

_____

Anthony Nelson,                              *
                                             *
            Appellant,                       *
                                             *
      v.                                     *    Appeal from the United States
                                             *    District Court for the
Larry Norris, Director, Arkansas             *    Eastern District of Arkansas.
Department of Correction; R. Toney,          *
Warden, Varner Super Max, ADC; S.J.          *        [UNPUBLISHED]
Booner, CO-II, Varner Super Max,             *
ADC; James Buyers, Disciplinary              *
Hearing Officer, Arkansas Department         *
of Correction; T. Compton, Grievance         *
Officer, Arkansas Department of              *
Correction; Robert Clark, Disciplinary       *
Hearing Administrator, Arkansas              *
Department of Correction; T. Moore,          *
CO-II, Varner Super Max, ADC; T. C.          *
French, Sgt., Varner Super Max, ADC;         *
T. Brown, Grievance Officer, Varner          *
Super Max, ADC,                              *
                                             *
            Appellees.                       *

_____

Submitted: March 29, 2002
Filed: April 3, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Anthony Nelson appeals from the district court's[1] preservice dismissal without prejudice of his 42 U.S.C. § 1983 action. We deny his motion for service of summons. Having reviewed the record de novo, we conclude Nelson both failed to show he exhausted his administrative remedies and failed to allege a constitutional injury. See 42 U.S.C. § 1997e(a); McAlphin v. Morgan, 216 F.3d 680, 682 (8th Cir. 2000) (per curiam); Cooper v. Schriro, 189 F.3d 781, 783-85 (8th Cir. 1999) (per curiam).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.